**E-FILED**
Tuesday, 16 October, 2007  03:33:58 PM
Clerk, U.S. District Court, ILCD

26842.A3C300/Document #: 755884

IN THE UNITED STATES CIRCUIT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY K. SMITH, JR. and MELISSA SMITH, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| MANCHESTER TANK & EQUIPMENT CO., an affiliate of McWANE, INC., | )<br>)   Court No.: _____<br>) |
| Defendant. | ) |

### CORPORATE DISCLOSURE IN COMPLIANCE WITH FRCP 7.1 AND LOCAL RULE 11.3

The undersigned, counsel of record for MANCHESTER TANK & EQUIPMENT COMPANY, furnishes the following in compliance with Rule 11.3 of this Court.

Manchester Tank & Equipment Company is a wholly owned subsidiary of James Manufacturing Company Inc. which is a wholly owned subsidiary of McWane, Inc. None of these are publicly held companies. There are no publicly held corporations which own more than 10 % of the stock of any of these corporations.

October 9, 2007

WILLIAMS MONTGOMERY & JOHN LTD.

_____
RAYMOND LYONS, JR.

WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Manchester Tank & Equipment Company,
an affiliate of McWane, Inc.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200