IN THE UNITED STATES CIRCUIT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY K. SMITH, JR. and MELISSA SMITH, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| MANCHESTER TANK & EQUIPMENT CO., an affiliate of McWANE, INC., | ) ) ) Court No.: 07-CV-1280 |
| Defendant. | ) ) ) |
| -------------------------------------------------------- | ) ) |
| McWANE, INC., a Delaware Corporation and K.A. BERGQUIST, INC., an Ohio Corporation, and PEKIN HICKSGAS, INC., | ) ) ) ) |
| Respondents in Discovery. | ) |

## MOTION TO CONSOLIDATE

Now come plaintiffs LARRY K. SMITH, JR. and MELISSA SMITH, by NICOARA & STEAGALL, their attorneys, and moves pursuant to Rule 42(a) of the Federal Rules of Civil Procedure to consolidate this cause with case number 07-CV-1263 entitled "*Grove et al. v. Manchester Tank & Equipment Co.*" for the reason that both actions involve personal injuries arising out of the same incident and therefore involve common questions of fact and law.

LARRY K. SMITH JR. and MELISSA SMITH,
Plaintiffs

By: s/ JOHN P. NICOARA, Lead Counsel

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Raymond Lyons, Jr.
**WILLIAMS MONTGOMERY & JOHN LTD.**
20 North Wacker Drive, Suite 2100
Chicago, IL  60606

      s/ John P. Nicoara, Lead Counsel for Plaintiffs

John P. Nicoara
**NICOARA & STEAGALL**
416 Main Street, Suite 815
Peoria, IL  61602-1115
Telephone:    309.674.6085
Fax:          309.674.6032