IN THE UNITED STATES CIRCUIT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY K. SMITH, JR. and MELISSA SMITH, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| MANCHESTER TANK & EQUIPMENT CO., an affiliate of McWANE, INC., | ) ) ) ) Court No.: 07-CV-1280 |
| Defendant. | ) ) ) |
| -------------------------------------------------------- | ) ) |
| McWANE, INC., a Delaware Corporation and K.A. BERGQUIST, INC., an Ohio Corporation, and PEKIN HICKSGAS, INC., | ) ) ) ) |
| Respondents in Discovery. | ) ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for LARRY K. SMITH, JR. and MELISSA SMITH, furnishes the following compliance with Rule 11.3 of this court:

1.  The full name of every party or amicus the attorney represents in the case: Larry K. Smith, Jr. and Melissa Smith.

2.  Such party is not a corporation.

3.  The name of all law firms whose partners or associates appear for the party or are expected to appear for the party in this case: Nicoara & Steagall.

        LARRY K. SMITH JR. and MELISSA SMITH,
        Plaintiffs

        By: s/ JOHN P. NICOARA, Lead Counsel

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Raymond Lyons, Jr.
**WILLIAMS MONTGOMERY & JOHN LTD.**
20 North Wacker Drive, Suite 2100
Chicago, IL  60606

      s/ John P. Nicoara, Lead Counsel for Plaintiffs

John P. Nicoara
**NICOARA & STEAGALL**
416 Main Street, Suite 815
Peoria, IL  61602-1115
Telephone:    309.674.6085
Fax:                309.674.6032