IN THE UNITED STATES CIRCUIT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY K. SMITH, JR. and MELISSA SMITH, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Court No.: 07-1280 |
| MANCHESTER TANK & EQUIPMENT CO., an affiliate of McWANE, INC., and K.A. BERQUIST, INC., an Ohio Corporation | ) ) ) ) ) |
| Defendants. | ) ) ) |

## FIRST AMENDED COMPLAINT

Now come plaintiffs LARRY K. SMITH, JR. and MELISSA SMITH, by NICOARA & STEAGALL, their attorneys, and for their causes of action against defendants MANCHESTER TANK & EQUIPMENT CO., an affiliate of McWANE, INC. (hereinafter "MANCHESTER"), and K.A. BERQUIST, INC., an Ohio Corporation (hereinafter "BERQUIST"), state as follows:

### COUNT I

1. Plaintiffs are husband and wife and citizens of Illinois. MANCHESTER is a Delaware corporation with its principal place of business in Tennessee. McWANE, INC., is a Delaware corporation with its principal place of business in Alabama. BERQUIST is an Ohio corporation with its principal place of business in a State other than Illinois. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. §13-32.

2. Defendant MANCHESTER manufactured a number of tanks intended to hold propane gas, which tanks were purchased by Pekin Hickgas, Inc.

3.  One or more of the aforesaid tanks were unreasonably dangerous at the time they left the control of MANCHESTER in that they permitted propane to leak out of said tank(s), resulting in an explosion and fire at the Pekin Hickgas, Inc., facility at or near 460 Radio City Drive, North Pekin, Illinois on August 25, 2005.

4.  As a result, plaintiff LARRY K. SMITH, JR. was physically injured, lost wages or income, suffered physical and mental pain and incurred medical expenses, and plaintiff MELISSA SMITH sustained loss of consortium.

**WHEREFORE**, plaintiff demands judgment against defendant MANCHESTER for $1.0 million plus costs.

## COUNT II

1.  Plaintiffs are husband and wife and citizens of Illinois. MANCHESTER is a Delaware corporation with its principal place of business in Tennessee. McWANE, INC., is a Delaware corporation with its principal place of business in Alabama. BERQUIST is an Ohio corporation with its principal place of business in a State other than Illinois. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. §13-32.

2.  Defendant MANCHESTER negligently manufactured a number of tanks intended to hold propane gas, which tanks were purchased by Pekin Hickgas, Inc.

3.  One or more of the aforesaid tanks leaked propane, resulting in an explosion and fire at the Pekin Hickgas, Inc., facility at or near 460 Radio City Drive, North Pekin, Illinois on August 25, 2005.

4.  As a result, plaintiff LARRY K. SMITH JR. was physically injured, lost wages or income, suffered physical and mental pain and incurred medical expenses, and plaintiff MELISSA SMITH sustained loss of consortium.

**WHEREFORE**, plaintiff demands judgment against defendant MANCHESTER for $1.0 million plus costs.

### COUNT III

1.  Plaintiffs are husband and wife and citizens of Illinois. MANCHESTER is a Delaware corporation with its principal place of business in Tennessee. McWANE, INC., is a Delaware corporation with its principal place of business in Alabama. BERQUIST is an Ohio corporation with its principal place of business in a State other than Illinois. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. §13-32.

2.  Defendant BERQUIST sold a number of tanks intended to hold propane gas, which tanks were purchased by Pekin Hickgas, Inc.

3.  One or more of the aforesaid tanks were unreasonably dangerous at the time they left the control of BERQUIST in that they permitted propane to leak out of said tank(s), resulting in an explosion and fire at the Pekin Hickgas, Inc., facility at or near 460 Radio City Drive, North Pekin, Illinois on August 25, 2005.

4.  As a result, plaintiff LARRY K. SMITH, JR. was physically injured, lost wages or income, suffered physical and mental pain and incurred medical expenses, and plaintiff MELISSA SMITH sustained loss of consortium.

**WHEREFORE**, plaintiff demands judgment against defendant BERQUIST for $1.0 million plus costs.

        LARRY K. SMITH JR. and MELISSA SMITH,
        Plaintiffs

        By: s/ JOHN P. NICOARA, Lead Counsel
        JOHN P. NICOARA
        Illinois Bar #2050595
        ***NICOARA & STEAGALL***
        416 Main Street, Suite 815
        Peoria, IL 61602-1115
        309-674-6085 phone
        309-674-6032 fax
        nicsteag@mtco.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

RAYMOND LYONS, JR.
Illinois Bar #3127396
**WILLIAMS MONTGOMERY & JOHN LTD.**
20 South Wacker Drive, Suite 2100
Chicago, IL 60606
312-899-5764 phone
312-630-8564 fax
rl@willmont.com

        By: s/ John P. Nicoara
        JOHN P. NICOARA
        Illinois Bar #2050595
        **NICOARA & STEAGALL**
        416 Main Street, Suite 815
        Peoria, IL 61602-1115
        309-674-6085 phone
        309-674-6032 fax
        nicsteag@mtco.com