# UNITED STATES DISTRICT COURT

_____ CENTRAL _____ District of _____ ILLINOIS _____

LARRY K. SMITH, JR. And MELISSA SMITH,

Plaintiffs

V.

MANCHESTER TANK & EQUIPMENT CO.,
an affiliate of McWANE, INC., and
K.A. BERQUIST, INC., an Ohio Corporation,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   07-1280

TO: (Name and address of Defendant)

K.A. BERQUIST, INC.
c/o Registered Agent: Robert C. Barry
1100 King Road
Toledo, OH 43617

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN P. NICOARA
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

an answer to the complaint which is herewith served upon you, within _____**20**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_s/ JmW_____       _12/14/07_____
CLERK                           DATE

_s/ TK_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                              *Signature of Server*

                                        _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.