

# SHERIFF JAMES A. TELB
# LUCAS COUNTY

1622 Spielbusch Avenue • Toledo, Ohio 43604-5330

Emergency: 9-1-1
Facsimile: 419-255-3096

Courthouse Office: 419-213-4784
Records/Dispatcher: 419-213-4941
Correction Center: 419-213-4924

January 2, 2008

Larry K. Smith, Jr. et al

VS

Manchester Tank & Equipment CO. et al

AFFIDAVIT

STATE OF OHIO        )
                     )
COUNTY OF LUCAS      )

Stanley Weaver being duly sworn, deposes and says that He is a Deputy Sheriff in the County of Lucas, State of Ohio; that on December 20, 2007 He served a true and certified copy of the Summons and Complaint in the above entitled cause upon the within named K.A. Berquist, Inc. c/o Registered Agent: Robert D. Barry at 1100 King Road Toledo, Ohio 43617 personally.

*Stanley Weaver*
Stanley Weaver, Deputy Sheriff

Sworn to and subscribed before me
this 2nd day of January, 2008

*Adrienne Grosswiler*
Adrienne Grosswiler, Notary Public
State of Ohio
My Commission Expires October 22, 2011

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | ILLINOIS |
|---|---|---|

LARRY K. SMITH, JR. And MELISSA SMITH,

Plaintiffs
V.

MANCHESTER TANK & EQUIPMENT CO.,
an affiliate of McWANE, INC., and
K.A. BERQUIST, INC., an Ohio Corporation,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-1280

TO: (Name and address of Defendant)

K.A. BERQUIST, INC.
c/o Registered Agent: Robert C. Barry
1100 King Road
Toledo, OH 43617

*RECEIVED 2007 DEC 18 P 2:15 LUCAS COUNTY SHERIFF'S OFFICE*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN P. NICOARA
Nicoara & Steagall
416 Main Street, Suite 815
Peoria, IL 61602

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK *[signature: John M. Waters]*
(By) DEPUTY CLERK *[signature]*

DATE 12/14/07

AO 440 (Rev. 10/93) Summons in a Civil Action