# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS PEORIA DIVISION

| | | |
|---|---|---|
| LARRY K. SMITH, JR. AND MELISSA SMITH, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07-1280 |
| vs. | ) ) | |
| MANCHESTER TANK & EQUIPMENT CO., an affiliate of McWANE, INC., and K.A. BERQUIST, INC., an Ohio Corporation, | ) ) ) ) | |
| Defendants. | | |

## ENTRY OF APPEARANCE

David E. Jones of HINSHAW & CULBERTSON LLP hereby enters his appearance as counsel of record on behalf of the K.A. BERGQUIST, INC. an Ohio Corporation.

DATE:  March 17, 2008            Respectfully submitted,

`                    K.A. BERGQUIST,INC., an Ohio Corporation


By: s/ David E. Jones
    One of Its Attorneys

David E. Jones
HINSHAW & CULBERTSON LLP
416 Main Street, Suite 600
Peoria, Illinois 61602-1220
(309) 674-1025
Fax: (309) 674-9328

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on ___March 17___, 2008, I electronically filed this Entry of Appearance with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

John P. Nicoara
NICOARA & STEAGALL
416 Main Street, Suite 815
Peoria, IL  61602
Phone:  309-674-6085
Fax:  309-674-6032
nicoara@mtco.com
Attorneys for Plaintiffs

Christopher R. Doscotch
cdoscotch@yahoo.com
Joseph W. Dunn
illini792@yahoo.com
Ralph D. Davis
rdavis@jjlaw.com
JANSSEN LAW CENTER
333 Main Street
Peoria, IL  61602
Phone:  309-676-2341
Fax:  309-676-7678
Attorneys for Jeremy Grove (Misc. Party)

Raymond Lyons, Jr.
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, IL  60606
Phone:  312-899-5764
Fax:  312-630-8564
rl@willmont.com
Attorney for Manchester Tank & Equipment Co.

      s/David E. Jones
Hinshaw & Culbertson LLP
416 Main Street, Suite 600
Peoria, IL  61602-1220
309-674-1025