UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LARRY K. SMITH, JR. AND MELISSA SMITH, | ) ) ) |
| Plaintiffs, | ) No. 07-1280 |
| vs. | ) ) ) |
| MANCHESTER TANK & EQUIPMENT CO., an affiliate of McWANE, INC., and K.A. BERQUIST, INC., an Ohio Corporation, | ) ) ) |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD**

NOW COMES K.A. BERGQUIST, INC., an Ohio Corporation, by its counsel David Jones of Hinshaw & Culbertson LLP, and for its Motion for Extension of Time Within Which to Plead, states as follows:

1. Attorney Jones has just been contacted, due to conflict that arose with Bergquist, Inc.'s initial defense counsel.

2. Bergquist is the distributor in this products liability action. See Count III of Plaintiff's Complaint.

3. As a distributor it is Bergquist's intention to certify the correct manufacturer and file a motion for dismissal pursuant to 735 ILCS 5/2-621.

4. In order to satisfy counsel's obligations under Rule 11, Bergquist's counsel requires additional time within which to investigate and prepare a responsive pleading.

5.   Bergquist's counsel, Attorney David Jones, has made efforts to contact Plaintiffs' Joseph Dunn, and is aware of no objection to this motion.

WHEREFORE, BERGQUIST, INC. requests twenty-one additional days from the date of this motion or April 7, 2008 within which to plead.

Respectfully submitted,

K.A. BERGQUIST, INC., an Ohio Corporation

By: s/ David E. Jones
  One of Its Attorneys

David E. Jones
HINSHAW & CULBERTSON LLP
416 Main Street, Suite 600
Peoria, Illinois 61602-1220
(309) 674-1025
Fax: (309) 674-9328

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on ___March 17___, 2008, I electronically filed this Motion for Extension of Time Within Which to Plead with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

John P. Nicoara
NICOARA & STEAGALL
416 Main Street, Suite 815
Peoria, IL  61602
Phone:  309-674-6085
Fax:  309-674-6032
nicoara@mtco.com
Attorneys for Plaintiffs

Christopher R. Doscotch
cdoscotch@yahoo.com
Joseph W. Dunn
illini792@yahoo.com
Ralph D. Davis
rdavis@jjlaw.com
JANSSEN LAW CENTER
333 Main Street
Peoria, IL  61602
Phone:  309-676-2341
Fax:  309-676-7678
Attorneys for Jeremy Grove (Misc. Party)

Raymond Lyons, Jr.
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, IL  60606
Phone:  312-899-5764
Fax:  312-630-8564
rl@willmont.com
Attorney for Manchester Tank & Equipment Co.

    s/David E. Jones
Hinshaw & Culbertson LLP
416 Main Street, Suite 600
Peoria, IL  61602-1220
309-674-1025