## UNITED STATES DISTRICT COURT FOR
## THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| LARRY K. SMITH, JR. AND MELISSA SMITH, | ) ) ) |
| Plaintiffs, | ) No. 07-1280 |
| vs. | ) ) ) |
| MANCHESTER TANK & EQUIPMENT CO., an affiliate of McWANE, INC., and K.A. BERQUIST, INC., an Ohio Corporation, | ) ) ) |
| Defendants. | |

### ENTRY OF APPEARANCE

Christopher J. Spanos of HINSHAW & CULBERTSON LLP hereby enters his appearance as counsel of record on behalf of the K.A. BERGQUIST, INC., an Ohio Corporation.

DATE:  March 18, 2008                    Respectfully submitted,

`

K.A. BERGQUIST, INC., an Ohio Corporation


By: s/Christopher J. Spanos
       One of Its Attorneys

Christopher J. Spanos
HINSHAW & CULBERTSON LLP
416 Main Street, Suite 600
Peoria, Illinois 61602-1220
(309) 674-1025
Fax: (309) 674-9328

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on ___March 18___, 2008, I electronically filed this Entry of Appearance with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

John P. Nicoara
NICOARA & STEAGALL
416 Main Street, Suite 815
Peoria, IL  61602
Phone:  309-674-6085
Fax:  309-674-6032
nicoara@mtco.com
Attorneys for Plaintiffs

Christopher R. Doscotch
cdoscotch@yahoo.com
Joseph W. Dunn
illini792@yahoo.com
Ralph D. Davis
rdavis@jjlaw.com
JANSSEN LAW CENTER
333 Main Street
Peoria, IL  61602
Phone:  309-676-2341
Fax:  309-676-7678
Attorneys for Jeremy Grove (Misc. Party)

Raymond Lyons, Jr.
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, IL  60606
Phone:  312-899-5764
Fax:  312-630-8564
rl@willmont.com
Attorney for Manchester Tank & Equipment Co.

      s/Christopher J. Spanos
      Hinshaw & Culbertson LLP
      416 Main Street, Suite 600
      Peoria, IL  61602-1220
      309-674-1025