UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LARRY K. SMITH, JR. AND MELISSA SMITH, | )<br>)<br>) |
| Plaintiffs, | )  No. 07-1280 |
| vs. | )<br>)<br>) |
| MANCHESTER TANK & EQUIPMENT CO., an affiliate of McWANE, INC., and K.A. BERQUIST, INC., an Ohio Corporation, | )<br>)<br>) |
| Defendants. | |

### MOTION TO RECONSIDER MAGISTRATE JUDGE JOHN A. GORMAN'S DENIAL AS MOOT OF K.A. BERGQUIST, INC.'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD

NOW COMES K.A. BERGQUIST, INC., an Ohio Corporation, incorrectly sued as K.A. BERQUIST, INC., an Ohio Corporation, by its attorneys, Hinshaw & Culbertson LLP, and for its Motion to Reconsider Magistrate Judge John A. Gorman's Denial as Moot of K.A. Bergquist, Inc.'s Motion for Extension of Time Within Which to Plead, states as follows:

1.     On December 14, 2007, Plaintiff filed with this Court its First Amended Complaint, naming K.A. Bergquist, Inc., an Ohio Corporation, as a Defendant in this matter. (See Document #7.)

2.     On March 17, 2008, Defendant, K.A. Bergquist, Inc., filed its Motion for Extension of Time Within Which to Plead. (See Document #12.)

3. On March 18, 2008, this Court entered a Text Order denying Bergquist's Motion for Extension of Time, noting that the moving party, K.A. Bergquist, Inc., is not a party to this case.

4. In the initial Complaint, K.A. Bergquist, Inc. was identified as a miscellaneous party in the Court's system.

5. When Plaintiffs' filed their First Amended Complaint, K.A. Bergquist, Inc. was added as a Defendant in this case. However, this change was not accurately reflected in the ECF system when K.A. Bergquist, Inc. filed its Motion for Extension of Time Within Which to Plead.

6. The undersigned has conferred with John Nicoara regarding Bergquist's request for extension of time, and Mr. Nicoara has no objection to this request.

WHEREFORE, BERGQUIST, INC., an Ohio Corporation, prays this Court reconsider its ruling on Defendant's Motion for Extension of Time Within Which to Plead, and grant Defendant, Bergquist, Inc., an additional twenty-one days from the date of this motion or April 8, 2008 within which to plead.

Respectfully submitted,

K.A. BERGQUIST, INC., an Ohio Corporation

By: s/ Christopher J. Spanos
     One of Its Attorneys

Christopher J. Spanos
HINSHAW & CULBERTSON LLP
416 Main Street, Suite 600
Peoria, Illinois 61602-1220
(309) 674-1025
Fax: (309) 674-9328

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on ___March 18___, 2008, I electronically filed this Motion to Reconsider Magistrate Judge John A. Gorman's Denial as Moot of K.A. Bergquist, Inc.'s Motion for Extension of Time Within Which to Plead with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

John P. Nicoara
NICOARA & STEAGALL
416 Main Street, Suite 815
Peoria, IL  61602
Phone:  309-674-6085
Fax:  309-674-6032
nicoara@mtco.com
Attorneys for Plaintiffs

Christopher R. Doscotch
cdoscotch@yahoo.com
Joseph W. Dunn
illini792@yahoo.com
Ralph D. Davis
rdavis@jjlaw.com
JANSSEN LAW CENTER
333 Main Street
Peoria, IL  61602
Phone:  309-676-2341
Fax:  309-676-7678
Attorneys for Jeremy Grove (Misc. Party)

Raymond Lyons, Jr.
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, IL  60606
Phone:  312-899-5764
Fax:  312-630-8564
rl@willmont.com
Attorney for Manchester Tank & Equipment Co.

 

s/Christopher J. Spanos
Hinshaw & Culbertson LLP
416 Main Street, Suite 600
Peoria, IL  61602-1220
309-674-1025