IN THE UNITED STATES CIRCUIT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY GROVE and AMANDA GROVE,          )<br>                                         )<br>        Plaintiffs,                     )<br>                                         )<br>vs.                                      )<br>                                         )<br>MANCHESTER TANK & EQUIPMENT CO.,         )<br>an affiliate of McWane, Inc., and        )<br>K.A. BERQUIST, INC., an Ohio Corporation,)<br>                                         )<br>        Defendants.                      )<br>------------------------------------------)<br>                                         )<br>BRADLEY D. CLARK and                     )<br>MICHELLE L. CLARK,                       )<br>        Plaintiffs,                      )<br>                                         )<br>vs.                                      )<br>                                         )<br>MANCHESTER TANK & EQUIPMENT CO.,         )<br>an affiliate of McWANE, INC., and        )<br>K.A. BERQUIST, INC., an Ohio Corporation,)<br>                                         )<br>        Defendants.                      )<br>------------------------------------------)<br>                                         )<br>LARRY K. SMITH, JR. and MELISSA          )<br>SMITH,                                   )<br>        Plaintiffs,                      )<br>                                         )<br>vs.                                      )<br>                                         )<br>MANCHESTER TANK & EQUIPMENT CO.,         )<br>an affiliate of McWANE, INC., and        )<br>K.A. BERQUIST, INC., an Ohio Corporation,)<br>                                         )<br>        Defendants.                      )  | No. 07-1263<br><br>**Consolidated with**<br><br><br><br><br><br><br><br><br><br>No. 07-1268<br><br><br><br><br><br><br><br><br><br><br>No. 07-1280 |

## PROOF OF SERVICE BY CERTIFICATION

The undersigned certifies that the foregoing described documents were served via e-mail prior to the hour of 5:00 p.m. on the 28th day of March, 2008 to the individuals listed below as addressed:

**DOCUMENTS:**

- *Plainitffs Larry K. Smith, Jr. and Melissa Smith's Interrogatories to Defendant K.A. Berquist, Inc.*

- *Plaintiffs Larry K. Smith, Jr. and Melissa Smith's Request for Production of Documents to Defendant K.A. Berquist, Inc.*

The undersigned further certifies that this Proof of Service by Certification was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Raymond Lyons, Jr.
Illinois Bar #3127396
**WILLIAMS MONTGOMERY & JOHN LTD.**
20 South Wacker Drive, Suite 2100
Chicago, IL  60606
312-899-5764 phone
312-630-8564 fax
rl@willmont.com

Joseph W. Dunn
Ralph D. Davis
Christopher R. Doscotch
**JANSSEN LAW CENTER**
333 Main Street
Peoria, IL  61602
309-676-2341 phone
309.676-7678 fax
illini792@yahoo.com
rdavis@jjlaw.com
cdoscotch@yahoo.com

David E. Jones
**HINSHAW & CULBERTSON, LLP**
416 Main Street, Suite 600
Peoria, IL  61602
309.674.1025 phone
309.674.9328 fax
djones@hinshawlaw.com

Respectfully Submitted,

By: s/ John P. Nicoara
JOHN P. NICOARA
Attorney for Plaintiffs, Larry K. Smith, Jr. & Melissa Smith
Illinois Bar #2050595
**NICOARA & STEAGALL**
416 Main Street, Suite 815
Peoria, IL  61602-1115
309-674-6085 phone
309-674-6032 fax
nicsteag@mtco.com