UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LARRY K. SMITH, JR. AND MELISSA SMITH, | ) ) ) |
| Plaintiffs, | ) No.  07-1280 |
| vs. | ) ) ) |
| MANCHESTER TANK & EQUIPMENT CO., an affiliate of McWANE, INC., and K.A. BERGQUIST, INC., an Ohio Corporation, | ) ) ) |
| Defendants. | |

**ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES**

NOW COMES Defendant, K.A. BERGQUIST, INC., by its Attorneys, Hinshaw & Culbertson LLP, and for its Answer to Plaintiffs' First Amended Complaint and Affirmative Defenses, states:

**COUNT I**

The allegations in Count I of Plaintiffs' First Amended Complaint are not directed toward this Defendant, and therefore, this Defendant offers no response thereto.  However, to the extent that Plaintiffs' allegations in Count I can be construed as allegations against this Defendant, this Defendant denies these allegations.

**COUNT II**

The allegations in Count II of Plaintiff's First Amended Complaint are not directed toward this Defendant, and therefore, this Defendant offers no response thereto.  However, to the

extent that Plaintiffs' allegations in Count I can be construed as allegations against this Defendant, this Defendant denies these allegations.

## COUNT III

1. Defendant admits the allegations contained in paragraph 1 of Count III of Plaintiffs' First Amended Complaint.

2. Defendant admits that it sold tanks to Pekin Hickgas Inc., in the ordinary course of business, but Defendant disputes whether the Manchester Tank & Equipment Co. ("Manchester") tanks it sold to Pekin Hickgas, Inc., in any way contributed to the occurrence giving rise to this claim.

3. Defendant denies the allegations contained in paragraph 3 of Count III of Plaintiffs' First Amended Complaint.

4. Defendant disputes the nature and extent of Plaintiffs' claimed injuries and damages.

WHEREFORE, Defendant K.A. BERGQUIST INC., respectfully requests the Court enter judgment in its favor and against Plaintiffs Larry K. Smith Jr. and Melissa Smith.

## AFFIRMATIVE DEFENSE

NOW COMES K.A. BERGQUIST INC., By its attorneys Hinshaw & Culbertson LLP, and for its Affirmative Defense, states as follows:

1. Defendant's certification of Manchester Tank & Equipment Co. as the correct identity of the manufacturer of every propane tank ever sold by K.A. Bergquist, Inc. (KAB), to

Pekin Hickgas, Inc., absolves the Defendant from any potential liability pursuant to 735 ILCS 5/2-261.

2.  The Defendant's affidavit makes clear that KAB does not manufacture propane gas tanks, nor does it have any control over the design of Manchester's propane tanks. Furthermore, the Defendant denied knowledge of the defect in the product, and denied making any modifications to Manchester's product which could have created the defect.

3.  The Plaintiffs' First Amended Complaint includes two Counts against the certified manufacturer Manchester, requiring Manchester to answer or otherwise plead and allowing the court to dismiss the cause against the Defendant, KAB.

WHEREFORE, Defendant K.A. BERGQUIST, INC., respectfully requests the Court enter judgment in its favor and against Larry K. Smith Jr. and Melissa Smith.

DATE: April 4, 2008    Respectfully submitted,

K.A. BERGQUIST, INC., an Ohio Corporation

By: s/David E. Jones
    One of Its Attorneys

David E. Jones
HINSHAW & CULBERTSON LLP
416 Main Street, Suite 600
Peoria, Illinois 61602-1220
(309) 674-1025
Fax: (309) 674-9328

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 4, 2008, I electronically filed this Answer to Plaintiffs' First Amended Complaint and Affirmative Defenses with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

John P. Nicoara
NICOARA & STEAGALL
416 Main Street, Suite 815
Peoria, IL  61602
Phone:  309-674-6085
Fax:  309-674-6032
nicoara@mtco.com
Attorneys for Plaintiffs

Christopher R. Doscotch
cdoscotch@yahoo.com
Joseph W. Dunn
illini792@yahoo.com
Ralph D. Davis
rdavis@jjlaw.com
JANSSEN LAW CENTER
333 Main Street
Peoria, IL  61602
Phone:  309-676-2341
Fax:  309-676-7678
Attorneys for Jeremy Grove (Misc. Party)

Raymond Lyons, Jr.
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, IL  60606
Phone:  312-899-5764
Fax:  312-630-8564
rl@willmont.com
Attorney for Manchester Tank & Equipment Co.

s/David E. Jones
Hinshaw & Culbertson LLP
416 Main Street, Suite 600
Peoria, IL  61602-1220
309-674-1025