UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LARRY K. SMITH, JR. AND MELISSA SMITH, | ) ) ) |
| Plaintiffs, | ) ) No. 07-1280 |
| vs. | ) ) ) |
| MANCHESTER TANK & EQUIPMENT CO., an affiliate of McWANE, INC., and K.A. BERQUIST, INC., an Ohio Corporation, | ) ) ) |
| Defendants. | |

**MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(c)**

NOW COMES Defendant, K.A. BERGQUIST, INC., by its Attorneys, Hinshaw & Culbertson LLP, and for its Motion for Judgment on the Pleadings pursuant to FRCP 12(c), states:

1. In Count III of the First Amended Complaint, Plaintiff seeks recovery under a products liability theory for injuries sustained as a result of an explosion at Pekin Hickgas Inc., ("Hickgas") allegedly caused by propane gas tanks sold to Hickgas by K.A. Bergquist Inc., (KAB) and manufactured by Manchester Tank & Equipment Co. (Manchester).

2. Pursuant to 735 ILCS 5/2-621 a defendant seller shall be dismissed from an action after certifying the manufacturer of the product that allegedly caused the injury or damage.

3. Defendant's Answer and Affirmative Defense certify Manchester as the manufacturer of all KAB propane tanks sold to Hickgas.

4.      Plaintiff's own First Amended Complaint states that Manchester manufactured propane tanks purchased by Hickgas.

5.      There are no material issues of fact which need to be resolved between the Plaintiffs and KAB.  Therefore, KAB is entitled to judgment as a matter of law.

WHEREFORE, Defendant prays the Court grant its Motion and enter judgment in favor of Defendant and against Plaintiff.

DATE:  April 4, 2008                           Respectfully submitted,

                                               K.A. BERGQUIST, INC., an Ohio Corporation


                                               By: s/David E. Jones
                                                     One of Its Attorneys

                                               David E. Jones
                                               HINSHAW & CULBERTSON LLP
                                               416 Main Street, Suite 600
                                               Peoria, Illinois 61602-1220
                                               (309) 674-1025
                                               Fax: (309) 674-9328

2

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on April 4, 2008, I electronically filed this Motion for Judgment on the Pleadings pursuant to FRCP 12(c) with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John P. Nicoara<br>NICOARA & STEAGALL<br>416 Main Street, Suite 815<br>Peoria, IL 61602<br>Phone: 309-674-6085<br>Fax: 309-674-6032<br>nicoara@mtco.com<br>Attorneys for Plaintiffs | Raymond Lyons, Jr.<br>WILLIAMS MONTGOMERY & JOHN LTD.<br>20 North Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Phone: 312-899-5764<br>Fax: 312-630-8564<br>rl@willmont.com<br>Attorney for Manchester Tank & Equipment Co. |
| Christopher R. Doscotch<br>cdoscotch@yahoo.com<br>Joseph W. Dunn<br>illini792@yahoo.com<br>Ralph D. Davis<br>rdavis@jjlaw.com<br>JANSSEN LAW CENTER<br>333 Main Street<br>Peoria, IL 61602<br>Phone: 309-676-2341<br>Fax: 309-676-7678<br>Attorneys for Jeremy Grove (Misc. Party) | |
| | s/David E. Jones<br>Hinshaw & Culbertson LLP<br>416 Main Street, Suite 600<br>Peoria, IL 61602-1220<br>309-674-1025 |