IN THE UNITED STATES CIRCUIT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS

LARRY K. SMITH, JR. and MELISSA SMITH, )
        Plaintiffs, )
)
vs. ) No. 07-1280
)
MANCHESTER TANK & EQUIPMENT CO., )
an affiliate of McWANE, INC., and )
K.A. BERQUIST, INC., an Ohio Corporation, )
)
        Defendants. )

## RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS

    Now come plaintiffs LARRY K. SMITH JR. and MELISSA SMITH, by NICOARA & STEAGALL, their attorneys, and for their response to the Motion for Judgment on the Pleadings Pursuant to FRCP 12(c) of defendant K.A. BERGQUIST, INC., (KAB) states:

    1.    KAB's Motion and the Affidavit of Robert Barry filed in support of its Motion does not preclude the possibility that KAB can be held liable in whole or in part for the plaintiffs' injuries and damages.

    2.    Section 2-621 of the Illinois Code of Civil Procedure, relied upon by defendant, provides in subsection (c) as follows:

> A court shall not enter a dismissal order relative to any certifying defendant . . . even though full compliance with subsection (a) of this Section has been made where the plaintiff can show one or more of the following:
>
> (1)    That the defendant has exercised some significant control over the design or manufacture of the product, or has provided instructions or warnings to the manufacturer relative to the alleged defect in the product which caused the injury, death or damage; or
>
> (2)    That the defendant had actual knowledge of the defect in the product which caused the injury, death or damage; or
>
> (3)    That the defendant created the defect in the product which caused the injury, death or damage.

3.  Discovery is necessary to determine whether, *inter alia*, KAB had knowledge that Manchester tanks were prone to leakage or whether it provided warnings to Manchester regarding complaints of leakage from customers, or whether the tanks in question sustained damage while in the possession of KAB which resulted in the leakage which caused the incident complained of.

4.  These consolidated cases were originally filed in Illinois state court and named KAB as a respondent in discovery; these cases were subsequently removed by defendant Manchester to federal court, which in turn required plaintiffs to name KAB as a direct defendant in order to preserve plaintiffs' ability to obtain discovery and to preserve any potential causes of action against it.  By denying the currently pending Motion for Judgment on the Pleadings at this time, plaintiffs can pursue the discovery they were entitled to pursue under Illinois law and preserve their causes of action against this defendant.

5.  Alternatively, in the event that this court sees fit to grant the Motion for Judgment on the Pleadings, any judgment should be without prejudice to refiling in the event that subsequent discovery establishes the potential liability of K.A. Bergquist, Inc.

> Respectfully submitted,
>
> BRADLEY D. CLARK and MICHELLE L. CLARK, LARRY K. SMITH JR. and MELISSA SMITH
> Plaintiffs
>
> By: s/ John P. Nicoara
> JOHN P. NICOARA
> Illinois Bar #2050595
> **NICOARA & STEAGALL**
> 416 Main Street, Suite 815
> Peoria, IL  61602-1115
> 309-674-6085 phone
> 309-674-6032 fax
> nicsteag@mtco.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Raymond Lyons, Jr.
Illinois Bar #3127396
**WILLIAMS MONTGOMERY & JOHN LTD.**
20 South Wacker Drive, Suite 2100
Chicago, IL 60606
312-899-5764 phone
312-630-8564 fax
rl@willmont.com

Joseph W. Dunn
Ralph D. Davis
Christopher R. Doscotch
**JANSSEN LAW CENTER**
333 Main Street
Peoria, IL 61602
309-676-2341 phone
309.676-7678 fax
illini792@yahoo.com
rdavis@jjlaw.com
cdoscotch@yahoo.com

David E. Jones
**HINSHAW & CULBERTSON, LLP**
416 Main Street, Suite 600
Peoria, IL 61602-1220
309.674.1025 phone
309.674.9328 fax
djones@hinshawlw.com

                                                              By: s/ John P. Nicoara
                                                              JOHN P. NICOARA
                                                              Illinois Bar #2050595
                                                              **NICOARA & STEAGALL**
                                                              416 Main Street, Suite 815
                                                              Peoria, IL 61602-1115
                                                              309-674-6085 phone
                                                              309-674-6032 fax
                                                              nicsteag@mtco.com